JS-6

**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (State Bar No. 259178)
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Email: nick@wajdalawgroup.com
*Attorney for Plaintiff*

**SOLOMON WARD SEIDENWURM & SMITH, LLP**
Thomas F. Landers (State Bar No. 207335)
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-4755
Email: tlanders@swsslaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ANDRES, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. CV 20-4008-GW-JEMx<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, ARMANDO ANDRES ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant, MIDLAND CREDIT MANAGEMENT, INC., through counsel, having filed with this Court their Stipulation for Dismissal with Prejudice, and the Court having reviewed the same, hereby ORDERED:

1. The Stipulation for Dismissal with Prejudice is granted.

Dated: July 23, 2020

*George H. Wu*
HON. GEORGE H. WU, U.S. District Judge

1